FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 MAY 26  P 12: 17

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:05CR268 (JBA) |
| | : | |
| v. | : | |
| | : | |
| CHANCE M. VOUGHT | : | |
| JOHN M. LUCARELLI | : | |

## PROTECTIVE ORDER

Upon motion by the United States for entry of a protective order regarding the disclosure to the defendants in this matter of certain information in the possession of the Securities and Exchange Commission ("SEC") that has been obtained by the SEC during the course of a related, but separate, ongoing investigation, the entry of which the defendants have consented to, the Court hereby finds that, for the reasons set forth in the United States' motion, good cause exists for the entry of a protective order. Therefore, with respect to designated information and materials ("the investigative information and materials") obtained by the SEC during the course of a separate, and still pending, investigation by the SEC staff at the Boston District Office relating to potential violations of the federal securities laws relating to the initial public offering of NewAlliance Bancshares, Inc.:

IT IS HEREBY ORDERED that investigative information and materials disclosed to the defendants by the SEC may be used by the defendants for any purpose relating to their preparation of a defense in this matter, including but not limited to (a) disclosure of said information and materials to third parties assisting in the preparation and/or presentation of a defense, (b) reference to and/or disclosure of said information and materials in any pleadings filed in this matter, and (c) possible disclosure of said information and materials at any trial or

hearing in this matter.

IT IS HEREBY FURTHER ORDERED that, except as provided above, the defendants shall not disclose publicly, or to third parties, the investigative information and materials disclosed to them by the Commission. *Any materials used in hearing, ~~or proceeding~~ of ~~an order in court~~, proceeding will only ~~be disclosed in accordance with~~, Local Rule 5(d)(1).*

IT IS HEREBY FURTHER ORDERED that, upon completion of this matter, defendants shall return to the Commission staff in the Boston District Office all copies of said investigative information and materials disclosed to them by the Commission.

_____
Janet Bond Arterton
United States District Judge

Dated: *26 May 2006*